UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Tony Gibbs | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 13cv6284 |
| Zimmer Inc, et al | ) Judge Rebecca R. Pallmeyer |
| Defendant, | ) |

## ORDER

Pursuant to stipulation [8], this case is dismissed with prejudice. Each party shall bear its own costs and attorney fees. Civil case terminated.

ENTER:

Dated: April 15, 2015

_____
REBECCA R. PALLMEYER
United States District Judge